RECEIVED

JUL 2 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Donald Walker, Jr. | Civil Action No. 06-2192 |
| versus | Judge Tucker L. Melançon |
| Iberia Parish, et al | Magistrate Judge Hill |

### JUDGMENT

Before the Court is the Report and Recommendation of United States Magistrate Judge C. Michael Hill [Rec. Doc. 18], recommending that the Motion to Dismiss [Rec. Doc. 15] filed by defendant Iberia Parish Sheriff's Department be granted. Objections were due by July 12, 2007. No objections have been filed.

The record of this proceeding shows that an on-the-record status conference was conducted on April 19, 2007, at 4:00 P.M. after the Court learned that counsel for plaintiff, Mack Irvin Frank, had been disbarred. Plaintiff, Donald Walker, Jr., was required to personally attend [Rec. Docs. 9, 11]. For oral reasons assigned during the hearing, the Court ordered that the March 17, 2008 trial date would be maintained, that a revised scheduling order would issue, and that plaintiff had thirty days to enroll new counsel or advise the Court that he intended to proceed *pro se* [Rec. Doc. 11]. Although untimely, the Court granted plaintiff's request for additional time to enroll counsel. On Friday, June 15, 2007, attorney Jim Wattigny, of New Iberia, Louisiana, informed the Court's judicial clerk that he had been contacted by plaintiff but that he needed additional time to determine whether he would, in fact, agree to represent plaintiff. On June 18, 2007, the Court entered an Order [Rec. Doc.

17] granting plaintiff a second extension of thirty days to enroll counsel of record, and warning that no further extension would be granted and that if new counsel was not enrolled on or before July 20, 2007, the case would be dismissed. No attorney has enrolled on behalf of plaintiff.

Therefore, it is

ORDERED, for the reasons stated in the Report and Recommendation [Rec. Doc. 18] filed herein, and after an independent review of the record, having determined that the findings and recommendation are correct under the applicable law, the defendant's Motion to Dismiss [Rec. Doc. 15] is GRANTED and the Iberia's Parish Sheriff's Department is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the matter, including all claims against the remaining defendants, is DISMISSED WITHOUT PREJUDICE.

Thus done and signed this 23rd day of July, 2007 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

COPY SENT:
DATE: 7/23/07
BY: CW
TO: TLM
PJ
Cb